```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
    UNITED STATES,                                             :
                                                               :
                                                               :
                       -v-                                     :        1:16-cr-680-GHW
                                                               :
                                                               :
    CORNELIO CAZAREZ MADRID, et al.,                           :        ORDER
                                                               :
                                            Defendants.        :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2019

GREGORY H. WOODS, United States District Judge:

Defendants in this case filed a motion to suppress (the "Motion to Suppress") on May 3, 2019. Dkt. No. 28. The Government filed its opposition on May 17, 2019. Dkt. No. 29. Defendants filed a reply (the "Reply") on May 24, 2019. Dkt. No. 30. In the Reply, Defendants moved to suppress additional evidence beyond that which they had initially addressed in the Motion to Suppress. *Compare* Dkt. No. 28 with Dkt. No. 30. The Court will consider the newly-raised arguments that Defendants set forth in their Reply. Defendants also filed an additional motion to suppress on June 3, 2019 (the "Untimely Motion"). Although Defendants filed this motion after the Court-established deadline for the submission of pre-trial motions, the Court will consider the Untimely Motion. The Government is granted leave to file a sur-reply to the arguments raised in the Reply, and an opposition to the Untimely Motion, no later than June 21, 2019. Any response from Defendants with respect to those submissions is due no later than June 25, 2019. In light of this modification to the briefing schedule, the hearing scheduled for June 25, 2019 is adjourned to July 11, 2019 at 9:30 a.m.

Counsel for Defendants are advised that they are required to comply with Court-ordered deadlines. The deadlines established by the Court for the submission of pre-trial motions was not a notional one, nor was it a deadline for Defendants to begin to file a series of rolling motions. While

the Court has accepted these late-filed motions, counsel for Defendants are advised that failure to comply fully with Court-ordered deadlines in the future may result in the imposition of sanctions on counsel, and that the Court may not consider submissions by Defendants filed after Court-imposed deadlines.  The Court's lenity with respect to Defendants' failure to comply with Court imposed deadlines, and its decision to consider these addition motions despite counsels' failure to request leave to file them untimely, is driven in part by the Court's recognition that counsel, appearing in this District *pro hac vice*, may not be fully aware of the Court's expectation that counsel will strictly adhere to Court-ordered deadlines.  Counsel for Defendants should not expect that further failures to comply with the Court's scheduling or other orders will be treated in the same manner.

    SO ORDERED.

Dated: June 11, 2019
      New York, New York

_____
GREGORY H. WOODS
United States District Judge