

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 12, 2019

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Madrid and Meza</u>, 16 Cr. 680 (GHW)

Dear Judge Woods:

    The parties write to respectfully request an adjournment of the sentencing currently scheduled for December 20, 2019, to sometime after mid-March, 2020.

        Very truly yours,

        GEOFFREY S. BERMAN
        United States Attorney for the
        Southern District of New York

    by: _____/s/_____
        Rebekah Donaleski / Amanda Houle
        Assistant United States Attorneys
        (212) 637-2423/2194

cc:    Defense counsel (by ECF)