```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                        :
UNITED STATES OF AMERICA,             :

                             -v -                           :            1:16-cr-680-GHW

CORNELIO CAZAREZ MADRID, and     :            ORDER
SINOHE ANTONIO ARAUJO MEZA        :

                              Defendants.  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      By order dated February 18, 2020, the Court ordered that the defendants' sentencing submissions be filed no later than August 19, 2020, and that the Government's sentencing submissions be filed no later than August 26, 2020. Dkt. No. 56. The Court directs that the parties submit a joint status letter to the Court regarding the status of the parties' sentencing submissions and the scheduled sentencing proceedings no later than September 2, 2020.

      SO ORDERED.

Dated: August 28, 2020
New York, New York

                                                              GREGORY H. WOODS
                                                       United States District Judge