LAW OFFICES OF
# Ronis & Ronis

JOHN GEORGE RONIS
JAN EDWARD RONIS
JASON A. RONIS

105 WEST F STREET
THIRD FLOOR
SAN DIEGO, CALIFORNIA 92101-6036

TELEPHONE (619) 236-8344
FAX (619) 236-8820
info@ronisandronis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2021

## MEMORANDUM ENDORSED

By ECF

June 11, 2021

Honorable Gregory H. Woods
United States District Court
500 Pearl St.
New York, NY 10007-1312

Re: Case No. 16-cr-00680-GHW; U.S. v. Madrid

> Application granted in part. The sentencing hearings as to defendants Madrid and Meza are adjourned to November 22, 2021. The hearing as to defendant Sinohe Antonio Araujo Meza will be held at 2:00 p.m.; the hearing as to defendant Cornelio Cazarez Madrid will be held at 3:00 p.m. Defendant's sentencing submissions, are due September 20, 2021; the Government's submissions are due October 4, 2021. The Clerk of Court is directed to terminate the motion at Dkt. No. 64.
> SO ORDERED.
> Dated: June 14, 2021
> New York, New York
>
> GREGORY H. WOODS
> United States District Judge

Dear Judge Woods:

Both Mr. Meza and Mr. Cazarez along with their counsels are requesting a continuance of the current sentencing date from July 12, 2021, to a date convenient to the Court in October. Co-counsel for Mr. Araujo, Ms. Gretchen von Helms, was involved in a very serious accident in October 18, 2020. She has been on leave from work since that date per an order from her medical doctors. She is expected to be cleared and able to return to work in October 2021. Ms. von Helms has been lead counsel and most familiar with all aspects of this case, hence we believe that it is in the interest of justice and in the best interest of the client's that this matter be continued. We have kept the government counsel appraised of Ms. von Helms condition and they have no objection the the continuance for the reasons stated above.

It is respectfully requested that a new sentencing date be set any date convenient to the Court in October or anytime thereafter, and we also would like new filing dates in September that are convenient to the Court. We thank the Court for your understanding of this matter.

I have informed all counsel and there is no objection to this request.

Respectfully submitted,
/s/
Jan Edward Ronis,
Gretchen C. von Helms,
Guadalupe Valencia

cc: Assistant United States Attorney, Rebekah Allen Donaleski (By ECF and email)