```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
                                                               :
                                                               :
                                                               :
                    -v -                                       :      1:16-cr-680-GHW
                                                               :
CORNELIO CAZAREZ MADRID, and                                   :           ORDER
SINOHE ANTONIO ARAUJO MEZA                                     :
                                                               :
                            Defendants.                        :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/21

GREGORY H. WOODS, United States District Judge:

On December 23, 2021, counsel for each of the defendants in this case filed letters requesting that the Court hold a conference to discuss the substitution of counsel for each of the defendants. Dkt. Nos. 72, 73, 74. Those requests are granted. The Court will hold a conference on January 10, 2021 at 12:00 p.m. EST. The Court anticipates that the conference will be conducted using the Microsoft Teams videoconferencing platform. The Court will issue a separate order with the Teams link for the conference.

The Court understands that both of the defendants consent to conduct the conference by remote means. *See* Dkt. No 72. Counsel for each of the defendants should confer with the Court's courtroom deputy, Wileen Joseph, regarding the consent forms that they and their clients may complete in advance of the conference if their clients wish to consent to proceed by remote means. Ms. Joseph's contact information is contained in the Court's Individual Rules of Practice in Criminal Cases.

The Court expects that counsel will be prepared to discuss the status of the sentencing proceedings in this case. The Court has adjourned sentencing in this matter several times at the defendants' request. *See* Dkt. Nos. 54, 56, 59, 61, 63, 65, 67. In its most recent order, the Court

directed that the defendants' sentencing submissions be filed with the Court no later than November 24, 2021, and that the Government's sentencing submissions be filed no later than December 8, 2021 in anticipation of a January 19, 2022 sentencing date. Dkt. No. 67. The parties' sentencing submissions were not filed timely as directed. The Court expects to establish new deadlines for the parties' sentencing submissions and a new sentencing date at the conference on January 10, 2022.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 70, 71, 72, 73, and 74.

SO ORDERED.

Dated: December 28, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge