```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
     UNITED STATES OF AMERICA,                                :
                                                              :
                                                              :
                         -v-                                  :
                                                              :
                                                              :
     CORNELIO CAZAREZ MADRID,                                 :
                                                              :
                                       Defendant.             :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/12/2022__

1:16-cr-680-GHW-1

ORDER

GREGORY H. WOODS, United States District Judge:

A remote proceeding is scheduled in this matter on January 13, 2022 at 12:00 p.m. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (888) 557-8511; Access Code: 7470200#.

SO ORDERED.

Dated: January 12, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge