USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2022

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

CORNELIO CAZARES,

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE**

16-CR-680 (GHW)

Defendant CORNELIO CAZARES hereby voluntarily consents to participate in the following proceeding via videoconferencing or teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

CORNELIO CAZARES
Print Defendant's Name

_____
Defense Counsel's Signature

JOAQUIN PEREZ
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing or teleconferencing technology.

January 14, 2022
Date

_____
U.S. District Judge