# MEMORANDUM ENDORSED

**HOWARD LEADER**
ATTORNEY AT LAW
800 THIRD AVENUE
SUITE 2501
NEW YORK, NEW YORK 10022
TELEPHONE (646) 533-7696
FACSIMILE (646) 590-9676
E-MAIL HOWARD.LEADER@GMAIL.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2022
```

**FILED VIA ECF**

Hon. Gregory H. Woods
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

January 18, 2022

<u>United States v. Sinohe ARAUJO MEZA, *et al.*</u>
(S5) 16 Cr. 680 (GHW)

Dear Judge Woods:

At the conference held on January 13, 2022, in relieving outgoing counsel and permitting incoming counsel to receive discovery previously provided by the government, the Court required incoming counsel to be bound by the Stipulated Protective Order, dated July 25, 2018 (D.E. 11) ("Protective Order"), which governs such materials.

After consulting with the government and Joaquin Perez, Esq., who represents codefendant Cornelio Cazares Madrid, and having reviewed the standing Protective Order, we can advise the Court that Mr. Perez and I have no objections to its terms and will receive materials from prior counsel and the Government on that basis.

We ask that this letter suffice for the Court to permit us to receive all discovery materials at this time without the need for another Protective Order.

Respectfully submitted,

/s/
HOWARD LEADER

Application granted.

cc:   All counsel   (VIA ECF)   The Clerk of Court is directed to terminate the motion pending at Dkt. No. 82.

SO ORDERED.
Dated: January 18, 2022

GREGORY H. WOODS
United States District Judge