# MEMORANDUM ENDORSED

**HOWARD LEADER**
**ATTORNEY AT LAW**
**800 THIRD AVENUE**
**SUITE 2501**
**NEW YORK, NEW YORK 10022**
**TELEPHONE (646) 533-7696**
**FACSIMILE   (646) 590-9676**
**E-MAIL HOWARD.LEADER@PROTONMAIL.COM**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2022

**FILED VIA ECF**

Hon. Gregory H. Woods
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted. The conferences will take place on the Microsoft Teams remote platform. The Court will enter a separate order with conference information. The conference as to Mr. Araujo-Meza will take place at 10:30 a.m. The conference with respect to Mr. Cazares-Madrid will take place at 12:00 p.m.
>
> The Clerk of Court is directed to terminate the motion pending at Dkt. No. 87.
>
> SO ORDERED.
> Dated: April 22, 2022
> New York, New York
>
> _____
> GREGORY H. WOODS
> United States District Judge

April 22, 2022

<u>United States v. Sinohe ARAUJO-MEZA, *et al.*</u>
(S5) 16 Cr. 680 (GHW)

Dear Judge Woods:

As the Court is aware, this matter is currently scheduled for status conferences on April 26, 2022 for Mr. Araujo-Meza at 9:00am, and at 11:00am for Mr. Cazares-Madrid. This letter is submitted for the purpose of formally requesting to proceed remotely.

Yesterday, co-counsel filed ECF signed consent forms on behalf of both defendants rather than have them submitted to chambers (D.E. 86). We apologize for the error and hope this letter helps to clarify what was intended.

Respectfully submitted,

/s/
HOWARD LEADER

cc:   Andrea Houle, Esq.
      Rebekah Donaletzky, Esq.
          Assistants United States Attorney

      Joaquín Perez, Esq.
          Attorney for defendant Cornelio Cazares-Madrid      (VIA ECF)