UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                      -v-

    CORNELIO CAZAREZ MADRID,

                              Defendant.
------------------------------------------------------------- X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 6/21/2022 |

1:16-cr-680-GHW-1

ORDER

GREGORY H. WOODS, United States District Judge:

       The remote proceeding scheduled in this matter for June 24, 2022 is adjourned to September 13, 2022 at 11:00 a.m.  Members of the public who wish to audit the proceeding may do so using the following dial-in information:  (888) 557-8511; Access Code:  7470200#.

       SO ORDERED.

Dated: June 21, 2022
       New York, New York

                                                GREGORY H. WOODS
                                              United States District Judge