UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 :
UNITED STATES OF AMERICA, :
 :
 :
 -v- : 1:16-cr-680-GHW-1
 :
 :
CORNELIO CAZAREZ MADRID, : ORDER
 :
                       Defendant. :
-------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2022
```

GREGORY H. WOODS, United States District Judge:

A remote proceeding is scheduled in this matter on September 13, 2022 at 11:00 a.m. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (888) 557-8511; Access Code: 7470200#.

SO ORDERED.

Dated: September 12, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge