USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2022

# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

September 20, 2022

**MEMORANDUM ENDORSED**

*Via* ECF

The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouuse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Madrid, et al.,* 16 Cr. 680 (GHW)

Dear Judge Woods,

Pursuant to the Court's oral order at the status conference held on September 13, 2022, the parties submit this joint letter regarding whether a *Fatico* hearing is needed or requested prior to sentencing. As I noted at the conference, I intended to confer with my client at the Metropolitan Detention Center regarding the issue. I was able to spend substantial time with Mr. Cazarez Madrid yesterday. I have also conferred with co-defendant's counsel and we both agree that we require additional time to discuss whether the defendants desire a *Fatico* hearing prior to sentencing.

Accordingly, with the government's consent, the defense requests until Friday, September 30, 2022, to advise the Court on the parties' position regarding the need or desire for a *Fatico* hearing and to propose potential hearing dates (if necessary) as well as potential sentencing dates.

Respectfully submitted,

 /s/

César de Castro

cc: Amanda Houle
Rebekah Donaleski
Assistant United States Attorneys (*via* ECF)

Howard Leader, Esq.

Application granted. The parties are directed to file a letter no later than September 30, 2022 addressing the necessity of a *Fatico* hearing, proposing dates for that hearing as necessary, and proposing sentencing dates. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 104.

SO ORDERED.

Dated: September 21, 2022
New York, New York

GREGORY H. WOODS
United States District Judge