USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2022

THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

September 30, 2022

**MEMORANDUM ENDORSED**

*Via* **ECF**

The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouuse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Madrid, et al.,* 16 Cr. 680 (GHW)

Dear Judge Woods,

The parties submit this second joint letter regarding whether a *Fatico* hearing is needed or requested prior to sentencing in this matter. I have conferred with Mr. Cazarez-Madrid several times in the past week. Mr. Leader has also conferred with his client. Based on those discussions, I believe it is unlikely that the defense will request a *Fatico* hearing, however, I intend to continue my discussions with Mr. Cazarez-Madrid over the weekend. Accordingly, with the government's consent, the defense requests an additional week for Mr. Cazarez-Madrid to make his decision and for the parties to confer and propose the appropriate next dates.

Respectfully submitted,

/s/

César de Castro

cc:   Amanda Houle
Rebekah Donaleski
Assistant United States Attorneys (*via* ECF)

Howard Leader, Esq.

---

Application granted. The parties' time to file the letter described in the Court's September 21, 2022 order, Dkt. No. 105, is hereby extended to October 7, 2022.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 106.

SO ORDERED.

Dated: October 2, 2022
New York, New York

GREGORY H. WOODS
United States District Judge