THE LAW FIRM OF

# César de Castro, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

## MEMORANDUM ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2023
```

April 7, 2023

*Via* ECF

The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Madrid, et al.,* 16 Cr. 680 (GHW)

Dear Judge Woods,

The undersigned submit this renewed letter motion to withdraw as counsel for Mr. Cazarez Madrid.  *See* Docket No. 113.  Mr. Cazarez Madrid wishes to terminate my services and for Alexei Schacht, who has filed a notice of appearance, to assume the representation.  I have spoken with Mr. Schacht and he is aware of the current deadlines in the case, however, he has spoken with Mr. Leader (counsel to the co-defendant) and they intend to jointly request an adjournment of the sentencing.  I have mailed a copy of this application and Docket No. 113 to Mr. Cazarez Madrid and have further provided them to him in English and Spanish *via* the jail email system (Corrlinks with which I communicate with him) in both English and Spanish.

Accordingly, we respectfully request to be relieved and for Mr. Schacht to assume representation of Mr. Cazarez Madrid.

Respectfully submitted,

/s/

César de Castro
Shannon McManus

---

Application denied without prejudice.  In the Court's April 6, 2023 order, the Court pointed counsel in clear language to the rule that governs applications for leave to withdraw as counsel.  Dkt. No. 114.  The Court informed counsel that they should file an application compliant with that rule.  Notwithstanding the Court's order, this letter does not even attempt to comply with that rule.  The Court again directs counsel to review and comply with the applicable local rule.  To the extent that counsel takes the position that the Court's local rules do not apply to them or that they need not comply with them, the Court requests supplemental briefing to support that position.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 115.

SO ORDERED.

Dated:  April 7, 2023
New York, New York

GREGORY H. WOODS
United States District Judge