# MEMORANDUM ENDORSED

ALEXEI SCHACHT
ATTORNEY AT LAW
123 WEST 94TH STREET
NEW YORK, NEW YORK 10025
TEL: (646) 729-8180
FAX: (212) 504-8341
alexei@schachtlaw.net
www.schachtlaw.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2023

October 10, 2023

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** United States of America v. Cornelio Cazarez Madrid, et al., 16 CR 680 (GHW)

Dear Judge Woods:

On about June 5, 2023, you sentenced my client to serve 38 years in prison. He is now in MDC Brooklyn. He asked me to request of your Honor a recommendation to the Bureau of Prisons that he be housed at FCI Fort Dix so that he might be close to New York City, where his lawyers are located. As such, I ask that you either endorse this letter accordingly, or issue an amended judgment to that effect.

Thank you very much.

**Respectfully submitted,**

/s/ Alexei Schacht

Alexei Schacht, Esq.
Attorney for CORNELIO CAZARES MADRID
123 West 94th Street
New York, New York 10025
Tel: (646) 729-8180
Fax: (212) 504--8341
alexei@schachtlaw.net

cc: All counsel of record by ECF

---

Application denied in part. This application does not provide sufficient justification for a modification of the judgment. See Fed. R. Crim. Pro. 36. The Court also declines to make a recommendation to the Bureau of Prisons that he be housed at any particular location at this time. The Court does not engage in the management of inmates' placement following sentencing as a matter of course and this letter does not provide sufficient justification for the Court to do so here. The Court notes, however, that the only basis for its recommendation that the defendant be placed in California was the defendant's prior request that it do so. The Bureau of Prisons (the "BOP") has the discretion to provide appropriate weight to the Court's recommendations regarding the placement of an inmate. *See* 18 U.S.C. § 3621(b). In this case, given that the Court's recommendation was based on the defendant's wishes, which since have changed, the Court does not expect that the BOP will provide any weight to the recommendation regarding the defendant's placement that is included in the judgment. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 143.
SO ORDERED.
Dated: October 12, 2023
New York, New York

GREGORY H. WOODS
United States District Judge