**ALEXEI SCHACHT**
**ATTORNEY AT LAW**
**123 WEST 94TH STREET**
**NEW YORK, NEW YORK 10025**
**TEL: (646) 729-8180**
**FAX: (212) 504-8341**
**alexei@schachtlaw.net**
**www.schachtlaw.net**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2023

October 30, 2023

*BY ECF*          **MEMORANDUM ENDORSED**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:    United States of America v. Cornelio Cazarez Madrid, et al., 16 CR 680 (GHW)**

Dear Judge Woods:

Your Honor sentenced my client to serve 38 years in prison. The Court of Appeals has set the deadline for the appeal to be perfected as December 15, 2023.

My client is now housed in MDC Brooklyn but may be transferred to his designated facility any day. I need to consult with him in order to properly prepare his appeal. The appeal will deal with issues regarding prior counsel's conflicts of interest, issues discussed at the sentencing. I need his input to address these matters effectively.

As such, I seek a Court Order staying his transfer to another facility for 60 days so that he and I may complete the preparation of our appeal of his sentence.

Respectfully submitted,

*/s/ Alexei Schacht*

Alexei Schacht

cc:    All counsel of record (by ECF)

Application denied.  The Court may not dictate the placement of an inmate in the custody of the Bureau of Prisons.  *See* 18 U.S.C. § 3621(b) ("The Bureau of Prisons shall designate the place of the prisoner's imprisonment.... Notwithstanding any other provision of law, a designation of a place of imprisonment under this subsection is not reviewable by any court.").  Moreover, the Court elects not to exercise any discretion available to it to grant the requested relief as insufficient justification has been presented for the requested relief at this time.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 145.

SO ORDERED.

Dated:  October 30, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge